```
 1  LATHAM & WATKINS LLP
    Kevin C. Wheeler (Bar No. 261177)
 2  kevin.wheeler@lw.com
    555 Eleventh Street NW, Suite 1000
 3  Washington DC, DC 20004-1304
    Telephone: (202) 637-2200
 4
    Patricia Young (Bar No. 291265)
 5  patricia.young@lw.com
    140 Scott Drive
 6  Menlo Park, California  94025
    Telephone: +1.650.328.4600
 7
    Blake R. Davis (Bar No. 294360)
 8  blake.davis@lw.com
    505 Montgomery Street, Suite 2000
 9  San Francisco, California  94111-6538
    Telephone: +1.415.391.0600
10
    Attorneys for Defendant
11  Netgear, Inc.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| TP-LINK CORPORTATION PTE LTD. & TP-LINK CORPORATION LIMITED<br><br>Plaintiffs,<br><br>v.<br><br>NETGEAR, INC.<br><br>Defendant. | CASE NO. 5:24-cv-03478-PCP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT NETGEAR INC.'S MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: The Honorable P. Casey Pitts |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

No. 5:24-cv-03478-PCP                    [PROPOSED] ORDER GRANTING DEFENDANT NETGEAR INC.'S MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT AND MOTION FOR

**[PROPOSED] ORDER**

This matter is before the Court on Defendant Netgear Inc.'s Motion to Enlarge Time to Respond to Complaint and Motion for Preliminary Injunction ("Netgear's Motion"). After consideration of Netgear's Motion and all other matters presented, and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and N.D. Cal. Local Rule 6-3, the Court concludes that Netgear's Motion should be granted.

Accordingly, IT IS HEREBY ORDERED THAT:

By August 8, 2024, Netgear shall answer or otherwise respond to the Complaint;

By August 30, 2024, Netgear shall file its opposition to TP-Link's Motion for Preliminary Injunction (ECF No. 28);

By September 13, 2024, TP-Link shall file its reply in support of TP-Link's Motion for Preliminary Injunction; and

The hearing on TP-Link's Motion for Preliminary Injunction is reset to September 26, 2024 at 10:00 am.

**IT IS SO ORDERED.**

Dated: _____

                                         HONORABLE P. CASEY PITTS
                                         UNITED STATES DISTRICT JUDGE