LATHAM & WATKINS LLP
Kevin C. Wheeler (Bar No. 261177)
kevin.wheeler@lw.com
555 Eleventh Street NW, Suite 1000
Washington DC, DC 20004-1304
Telephone: (202) 637-2200

Patricia Young (Bar No. 291265)
patricia.young@lw.com
140 Scott Drive
Menlo Park, California  94025
Telephone: +1.650.328.4600

Blake R. Davis (Bar No. 294360)
blake.davis@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone: +1.415.391.0600

*Attorneys for Defendant*
Netgear, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| TP-LINK CORPORTATION PTE LTD. & TP-LINK CORPORATION LIMITED<br>Plaintiffs,<br><br>v.<br><br>NETGEAR, INC.<br><br>Defendant. | CASE NO. 5:24-cv-03478-PCP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT NETGEAR INC.'S MOTION TO SHORTEN TIME TO RESPOND TO NETGEAR'S MOTION FOR EXTENSION OF TIME**<br><br>Judge: The Honorable P. Casey Pitts |

**[PROPOSED] ORDER**

This matter is before the Court on Defendant Netgear Inc.'s Motion to Enlarge Time to Respond to Complaint and Motion for Preliminary Injunction ("Netgear's Motion"). After consideration of Netgear's Motion and all other matters presented, and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and N.D. Cal. Local Rule 6-3, the Court concludes that Netgear's Motion should be granted.

Accordingly, IT IS HEREBY ORDERED THAT:

By June 27, 2024, TP-Link shall file its opposition to Netgear's Motion.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE P. CASEY PITTS
UNITED STATES DISTRICT JUDGE