| | |
|---|---|
| Brandon H. Brown (SBN 266347) | Kevin C. Wheeler (SBN 261177) |
| KIRKLAND & ELLIS LLP | kevin.wheeler@lw.com |
| 555 California Street, 27th Floor | LATHAM & WATKINS LLP |
| San Francisco, CA 94104 | 555 11th Street NW, Suite 1000 |
| Telephone: (415) 439-1400 | Washington, DC 20004-1327 |
| Email: bhbrown@kirkland.com | Telephone: (202) 637-2200 |
| | |
| Gregory S. Arovas (*pro hac vice*) | Patricia Young (Bar No. 291265) |
| Todd M. Friedman (*pro hac vice*) | patricia.young@lw.com |
| Alex Henriques (*pro hac vice*) | LATHAM & WATKINS LLP |
| KIRKLAND & ELLIS LLP | 140 Scott Drive |
| 601 Lexington Avenue | Menlo Park, CA 94025 |
| New York, NY 10022 | Telephone: (650) 328-4600 |
| Telephone: (212) 446-4800 | |
| Email: greg.arovas@kirkland.com | Blake R. Davis (Bar No. 294360) |
| Email: todd.friedman@kirkland.com | blake.davis@lw.com |
| Email: alex.henriques@kirkland.com | 505 Montgomery Street, Suite 2000 |
| | San Francisco, California 94111-6538 |
| Edward C. Donovan (*pro hac vice*) | Telephone: +1.415.391.0600 |
| Stephen C. DeSalvo (*pro hac vice*) | |
| KIRKLAND & ELLIS LLP | Charles H. Sanders (*pro hac vice*) |
| Washington, DC 20004 | charles.sanders@lw.com |
| Telephone: (202) 389-5000 | LATHAM & WATKINS LLP |
| Email: edward.donovan@kirkland.com | John Hancock Tower, 20th Floor |
| Email: stephen.desalvo@kirkland.com | 200 Clarendon Street |
| | Boston, MA 02116 |
| (Additional counsel listed in signature block) | Telephone: (617) 948-6000 |
| | |
| *Attorneys for TP-Link Plaintiffs* | *Attorneys for Defendant Netgear, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TP-Link Corporation PTE Ltd. & TP-Link Corporation Limited ) ) | CASE NO. 5:24-cv-03478-PCP |
| Plaintiff, ) ) | **JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. ) ) | |
| Netgear, Inc., ) ) | Judge: Hon. P. Casey Pitts<br>Complaint Filed: June 10, 2024 |
| Defendant. | |

Plaintiffs TP-Link Corporation PTE Ltd. and TP-Link Corporation Limited and Defendant Netgear, Inc. have resolved their disputes by agreement and, pursuant to Fed. R. Civ. P. 41, hereby jointly move for an order dismissing all claims in this case WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.[1]

---

[1] The parties will comply with the Court's Order to File a Consolidated Sealing Motion (Dkt. 87).

| | |
|---|---|
| DATED:  September 10, 2024 | Respectfully submitted, |
| By: */s/ Todd M. Friedman* | By: */s/ Kevin C. Wheeler* |
| Brandon H. Brown, P.C. (SBN 266347)<br>KIRKLAND & ELLIS LLP<br>555 California Street, 27th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 439-1400<br>Email: bhbrown@kirkland.com | Kevin C. Wheeler (SBN 261177)<br>kevin.wheeler@lw.com<br>LATHAM & WATKINS LLP<br>555 11th Street NW, Suite 1000<br>Washington, DC 20004-1327<br>Telephone: (202) 637-2200 |
| Gregory S. Arovas (*pro hac vice*)<br>Todd M. Friedman (*pro hac vice*)<br>Alex Henriques (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 446-4800<br>Email: greg.arovas@kirkland.com<br>Email: todd.friedman@kirkland.com<br>Email: alex.henriques@kirkland.com | Patricia Young (Bar No. 291265)<br>patricia.young@lw.com<br>LATHAM & WATKINS LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br><br>Blake R. Davis (Bar No. 294360)<br>*blake.davis@lw.com*<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-6538<br>Telephone: +1.415.391.0600 |
| Edward C. Donovan (*pro hac vice*)<br>Stephen C. DeSalvo (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>Washington, DC 20004<br>Telephone: (202) 389-5000<br>Email: edward.donovan@kirkland.com<br>Email: stephen.desalvo@kirkland.com | Charles H. Sanders (*pro hac vice*)<br>charles.sanders@lw.com<br>LATHAM & WATKINS LLP<br>John Hancock Tower, 20th Floor<br>200 Clarendon Street<br>Boston, MA 02116<br>Telephone: (617) 948-6000 |
| David Rokach (*pro hac vice*)<br>Greg Polins (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Email: david.rokach@kirkland.com<br>Email: greg.polins@kirkland.com | *Attorneys for Defendants* |
| *Attorneys for TP-Link Plaintiffs* | |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: September 10, 2024

By: /s/ Todd M. Friedman
Todd M. Friedman (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: todd.friedman@kirkland.com

*Attorneys for TP-Link Plaintiffs*

**[PROPOSED] ORDER**

Having considered the parties' joint stipulated request, the above-captioned case is dismissed WITH PREJUDICE, with each party to bear its own expenses, costs, and attorneys' fees.

**IT IS ORDERED**.

Dated: September 27, 2024

_____
Hon. P. Casey Pitts
UNITED STATES DISTRICT JUDGE